AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

JULIO QUEZADA, a/k/a WATUSI

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1748-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ in Suffolk and Worcester county, in the _____ District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) knowingly forge, counterfeit, alter, and falsely make nonimmigrant visas for entry into and as evidence of authorization to stay in the United States

in violation of Title 18 United States Code, Section(s) 1546(a) and 2 .

I further state that I am a(n) Special Agent, ICE and that this complaint is based on the following
Official Title

facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

06-02-2004                                           at         Boston, Massachusetts
Date                                                                 City and State

CHARLES B. SWARTWOOD
United States Magistrate Judge                              _____
Name & Title of Judicial Officer                              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.