# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

AO 23
Rev. 5/98

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

**IN THE CASE**: _____ V.S. _____

**FOR** / **AT** : _____

**LOCATION NUMBER**: _____

**PERSON REPRESENTED** (Show your full name): Julio Quezada

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate: 04-1748-CBS
District Court: ☑
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →): ☐ Felony ☐ Misdemeanor

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now: ☐ Yes ☐ No ☑ Am Self-Employed
Name and address of employer: SELF EMPLOYED
IF YES, how much do you earn per month? $ approx 300/month
IF NO, give month and year of last employment. How much did you earn per month? $ ___

If married is your Spouse employed? ☑ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 100/month
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
RECEIVED: $ ___  SOURCES: ___

**CASH**: Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No  IF YES, state total amount $ 1000

**PROPERTY**: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
VALUE: ___  DESCRIPTION: ___

**DEPENDENTS**
MARITAL STATUS: ☑ MARRIED
Total No. of Dependents: 11
List persons you actually support and your relationship to them: wife + 2 parents + 6 children + brother + grandson

**OBLIGATIONS & DEBTS**
**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: approx $300/month (includes rent, food, other expenses)

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/