UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>JULIO QUEZADA, a/k/a WATUSI )<br>)<br>) | CRIMINAL NO. 04-10203-RWZ<br>VIOLATIONS:<br>18 U.S.C. § 1546(a) –<br>Forgery of Visas<br>18 U.S.C. 982(a)(6)(A) –<br>Forfeiture |

### INDICTMENT

COUNT ONE:    (Title 18, United States Code, § 1546(a) –
              Forgery of Visas)

The Grand Jury charges that:

Between on or about January 20, 2004 and on or about January 23, 2004, at Guatemala and at Westboro and elsewhere in the District of Massachusetts,

**JULIO QUEZADA, a/k/a WATUSI,**

the defendant herein, did knowingly forge, alter, counterfeit, and falsely make a nonimmigrant visa and other document prescribed by state and regulation for entry into and as evidence of authorized stay in the United States.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

**COUNT TWO:**     **(Title 18, United States Code, § 1546(a) -**
                    **Forgery of Visas)**

The Grand Jury charges that:

Between on or about May 11, 2004 and on or about June 3, 2004, at Guatemala and at Boston and elsewhere in the District of Massachusetts,

**JULIO QUEZADA, a/k/a WATUSI,**

the defendant herein, did knowingly forge, alter, counterfeit, and falsely make a nonimmigrant visa and other document prescribed by state and regulation for entry into and as evidence of authorized stay in the United States.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

## FORFEITURE ALLEGATION

### Title 18, United States Code, Section 982(a)(6)(A)

1. As a result of committing the fraud or misuse of document offenses in violation of 18 U.S.C. § 1546(a), alleged in Counts One and Two of this Indictment,

**JULIO QUEZADA, a/k/a WATUSI,,**

defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6)(A): any property, real or personal, that constitutes or is derived from, or is traceable to, the proceeds obtained directly or indirectly from the commission of such offense, and/or that is used to facilitate, or is intended to be used to facilitate, the commission of such offense, including, but not limited to, the following:

> (a) **Approximately $5,500 in United States Currency seized from JULIO QUEZADA a/k/a WATUSI on June 4, 2004.**

2. If any of the forfeitable property, as described in paragraph 1, above, as a result of any act or omission of the defendant --

> (1) cannot be located upon the exercise of due diligence;
>
> (2) has been transferred or sold to, or deposited with, a third person;
>
> (3) has been placed beyond the jurisdiction of the Court;

       (4)   has been substantially diminished in value; or

       (5)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b)(1), which incorporates 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant, up to the value of the forfeitable property.

    All pursuant to Title 18, United States Code, Sections 982(a)(6)(A) and (b)(1).

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY


_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY



DISTRICT OF MASSACHUSETTS; 12:33pm July 14, 2004

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK