*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

UNITED STATES,

        Plaintiffs,        CIVIL ACTION
v.                                   NO. 04-CR-10203-RWZ

JULIO QUEZADA

        Defendants,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| | |
|---|---|
| U.S. District Court | **COURTROOM #1, 5th FLOOR** |
| 595 Main Street | Date and Time: |
| Worcester, MA 01608 | **August 5, 2004 at 11:00 a.m.** |

_____

Type of Proceeding:

**ARRAIGNMENT**

                                            CHARLES B. SWARTWOOD, III
                                            MAGISTRATE JUDGE

<u>July 16, 2004</u>                <u>/s/ Sherry Jones</u>
Date                            Sherry Jones,
                                  Deputy Clerk
                                  (508) 929-9901

cc: All counsel